```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


SECTOR NAVIGATION COMPANY                    CIVIL ACTION

VERSUS                                       NO. 06-1788

M/V CAPTAIN P, her engines,                  SECTION "J" (1)
tackle, furniture, apparel,
appurtenances, etc. in rem
```

### ORDER

Before the Court is the **Motion for Reconsideration or, Alternatively, to Certify Issue for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) (Rec. Doc. 66)**, filed by Solar Dawn Shipping, Ltd., requesting that the Court reconsider its previous ruling wherein it denied Defendant's motion to dismiss on the basis of forum non-conveniens, international comity, and lis alibi pendens. (See Rec. Doc. 61).

Upon considering memoranda, the applicable law, and the Court's previous opinion, the Court hereby **DENIES** the motion and confirms its previous finding denying Defendant's motion to dismiss. Accordingly;

**IT IS ORDERED** that the **Motion for Reconsideration or,**

**Alternatively, to Certify Issue for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) (Rec. Doc. 66)** should be and is hereby **DENIED.**

New Orleans, Louisiana, this  9th  day of January, 2007.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

2